IN THE THIRD CIRCUIT COURT OF APPEALS

| | |
|---|---|
| John Zimmerman | : |
|     Plaintiff-Appellee | : No. 16-3384 |
|     v. | : |
| Thomas W. Corbett et al., | : |
|     Defendants-Appellants | : |

## Defendants' Notice of Supplemental Authority

On Monday, the Supreme Court unanimously reversed the denial of qualified immunity in *White v. Pauly*, --- S.Ct. ----, 2017 WL 69170 (U.S. Jan. 9, 2017) (8-0) (per curiam). The Court emphasized the need for qualified immunity where precedent does not clearly forbid an official's conduct under the particular facts. The Court found that the fact that a "case presents a unique set of facts and circumstances… alone should have been an important indication… that White's conduct did not violate a clearly established right." *Id.* at *5.

                                          Respectfully submitted,

                                          Lavery Law

                                          s/ Josh Autry
                                          PA Bar No. 208459
                                          225 Market Street, Suite 304
                                          P.O. Box 1245
                                          Harrisburg, PA 17108-1245
                                          717-233-6633 (p); 717-233-7003 (f)
                                          jautry@laverylaw.com
Date: January 11, 2017             Lawyer for Defendants-Appellants

## Combined Certifications

I certify that:

1. I am a member in good standing of the Bar of this Court.

2. The text of the electronic version of this filing, which has been emailed to the Court, is identical to the text of the hard copies that have been sent to the Clerk's Office. The electronic copy has been scanned with the most recent version of Malwarebytes.

3. On this date, a copy of this filing was served by this Court's electronic case filing system and also addressed to:

Devon M. Jacob, Esquire

s/ Josh Autry

Dated: January 11, 2017